# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KERRY RICHARDS, | No. 4:18-CV-01909 |
| Plaintiff, | (Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, | |
| Defendant. | |

## ORDER

### FEBRUARY 26, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss, ECF No. 9, is **DENIED** as **MOOT**.

2. Defendant's Motion to Dismiss, ECF No. 12, is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. To the extent Count I is based on a violation of the Pennsylvania Human Relations Act, Amended Complaint, ECF No. 10 ¶ 25, Count I is **DISMISSED WITH PREJUDICE**.

   b. To the extent Count I is based on a violation of the Age Discrimination in Employment Act, Amended Complaint, ECF

No. 10 ¶ 25, Count I is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing an amended complaint within fourteen (14) days.

c. Count II is **DISMISSED WITH PREJUDICE.**

d. Count IV is **DISMISSED WITH PREJUDICE.**

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge